Civil Action No.   **1:24-cv-07545-NRM-LKE**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Dp Hospitality Group, LLC**
was recieved by me on  **11/05/2024:**

[X]   I personally served the summons on the individual at **418 Broadway,  Ste R, Albany, NY 12207** on **11/08/2024 at 1:20 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   11/08/2024

*Server's signature*

**Francisco Cruz**
*Printed name and title*

**526 Warren St.**
**Albany, NY 12208**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; Declaration / Report of Robert D Moody,  to Dp Hospitality Group, LLC with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses.  Served Tiffany Smith position is Filer and she is authorized to accept service.**



Tracking #: **0148375229**

