UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

PAUL ABRAMSON,

                              Plaintiff,

      -against-

                                                    Case No. : 1:24-cv-7545

DP HOSPITALITY GROUP, LLC,

                                                  **CERTIFICATE OF SERVICE**

                          Defendant.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF NASSAU     )

    I hereby certify that on December 30, 2024, a copy of the DOCKET SHEET and SCHEDULING ORDER dated December 17, 2024, was served on the Defendant by mail and Email as follows:

    DP HOSPITALITY GROUP, LLC
    C/O BROOKLYN CHOP HOUSE
    150 Nassau St.
    New York, NY 10038

    And

    info@brooklynchophouse.com

December 31, 2024

                                              By:   *Gabriel Levy*

                                                     Gabriel A. Levy
                                                     GABRIEL A. LEVY, P.C.
                                                     Attorney Plaintiff
                                                     1129 Northern Blvd, Ste 404
                                                     Manhasset, NY 11030
                                                     347-941-4715